Charles J. Daley and Charles Sollen, etc., Respondents, v. Stumpp & Walter Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to.abide the event, on the ground that the plaintiffs did not prove that they delivered the sods contracted for. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Clemmens Dehler, Respondent, v. Louis Mader, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the specifications, which were part of the contract, were not put in evidence. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Samuel Elice, Appellant, v. Morris Barkan, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred.

Florence H. Ford and Others, Respondents, v. The City of New York, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Mary Furlong, Respondent, v. The Brooklyn Heights Railroad Company and Thomas J. Donnelly, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ.

Thomas D. Greenley, Respondent, v. Joseph N. Early, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ.

Charles L. Hoerlein, Respondent, v. Anna Fellman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Jacob Hutter, Respondent, v. Sidney Ash and Alfred Lewin, Appellants.— Final order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Summary Proceedings of Joseph A. Fassott, Appellant, v. Johanna Mayer, Respondent.— Final order of the county judge of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Hanford M. Henderson, as Executor, etc., of Mary E. Bulkley, Deceased, Revived on Application of Sara K. Henderson, as Executrix, etc., of Hanford M. Henderson, Deceased, Appellant, v. Delos Griffin, as Administrator, etc., of Jane A. Bulkley, Deceased, Respondent.— Decree of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

James Jessop, as Trustee of Henry Jessop Stevenson and Others, under Deed of Trust Dated November 19, 1895, Respondent, v. Henry Jessop Stevenson and Cora Ethel Stevenson, His Wife, Appellants. Impleaded with Caroline Jessop Stevenson and Others.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

George B. Johnston, Respondent, v. The Long Island Investment and Improvement Company, Appellant.— Order affirmed on memorandum of Mr. Justice Garretson at Special Term, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Ellen Lane, Respondent, v. Yonkers Railroad Company, Appellant.— Judgment and order of the City Court of Yonkers reversed and new trial ordered, costs to abide the event, for error in ruling at folio 100. (See Morris v. Railway Co., 148 N. Y. 88.) Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ike Levy, Respondent, v. Joseph Saladino, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ.

Gussie Lipshitz, Appellant, v. Samuel Salaway and Others,, Respondents.— Order modified by inserting a provision requiring appellant as a condition of the stay to give security pursuant to section 1351 of the Code of Civil Procedure, and as modified affirmed, without costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles H. MacDonald, Respondent, v. Dreamland, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred